PALMER, LOMBARDI & DONOHUE LLP
Brett D. Watson, Esq., SBN 203183
bwatson@pldlawyers.com
Alison R. Kalinski, Esq., SBN 266705
akalinski@pldlawyers.com
515 South Flower Street, Suite 2100
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Specialized Loan Servicing, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMUNITY COLLECTORS, LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, as an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; DEWEY & LEBOEUF L.L.P.; CHRISTOPER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN SERVICING L.L.C.; DEUTSCHE BANK AG; OSEBERG ASSET MANAGEMENT LLC, <br><br> Defendants. | Case No. CV 11-04777 EMC <br><br> Honorable Edward M. Chen <br><br> **STIPULATION TO EXTEND TIME FOR SPECIALIZED LOAN SERVICING, LLC TO RESPOND TO INITIAL COMPLAINT** <br><br> [Local Rule 6-1(a)]     ORDER <br><br> Complaint served: January 18, 2012 <br> Current response date: February 8, 2012 <br> New response date: February 29, 2012 <br><br> Complaint filed September 26, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

- 1 -
STIPULATION TO EXTEND TIME FOR SPECIALIZED LOAN SERVICING, LLC
TO RESPOND TO INITIAL COMPLAINT

Defendant SPECIALIZED LOAN SERVICING, LLC ("SLS") and Plaintiffs COMUNITY COLLECTORS, LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, and W. DARRYL FRY ("Plaintiffs") stipulate to a 21-day extension of the time in which SLS has to respond to Plaintiffs' Complaint. The extension will give the Parties extra time to discuss settlement and anticipated challenges to the Complaint. SLS' response to the Complaint is currently due on February 8, 2012; it will now be due on February 29, 2012. SLS has not waived any objection to the venue or to the jurisdiction of the court over the person of the defendant, or any other challenge to the Complaint or other pleadings in this case.

**IT IS SO STIPULATED.**

DATED: February 2, 2012     PALMER, LOMBARDI & DONOHUE LLP

By _____
BRETT D. WATSON
ALISON R. KALINSKI
Attorneys for Defendant Specialized Loan Servicing, LLC

DATED: February 2, 2012     THE WHITE LAW FIRM

By Edward K. White
EDWARD K. WHITE, III
Attorneys for Plaintiffs ComUnity Collectors, LLC, Gwendolynn J. Tyler 2006 Living Trust, and W. Darryl Fry

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen