THE WHITE LAW FIRM
Edward K. White III, Esq., TX21341700
Spear Tower
One Market Street
Suite 3600
San Francisco, CA 94105
Telephone: 415-500-5308
Facsimile:  415-354-3337
edwardwhite@thewhitelawfirm.net

Attorneys for Plaintiffs

**SHUMENER, ODSON & OH LLP**
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
550 S. Hope Street, Suite 1050
Los Angeles, California 90071-2678
Telephone:  213 344-4200
Facsimile:  213 344-4193
E-mail:  hoh@soollp.com

Attorneys for Defendant
Oseberg Asset Management LLC

[additional parties and counsel listed in signature blocks]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, as an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN SERVICING L.L.C.; DEUTSCHE BANK AG; OSEBERG ASSET MANAGEMENT LLC,<br><br>　　　　　Defendants. | Case No. CV 11-4777 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Old CMC Date:　February 17, 2012<br>Time:　　　　　9:00 a.m.<br>Place:　　　　　Courtroom 5<br><br>Judge:　Hon. Edward M. Chen |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 11-4777 EMC　　　　　　　　　　-1-

**STIPULATION**

WHEREAS in January 2012, plaintiffs COMMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, and W. DARRYL FRY ("Plaintiffs") served the summons and complaint on defendants DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; and ROXANA BARGOZ (collectively, "Dewey"), and Dewey's response to the Complaint is currently due on February 29, 2012;

WHEREAS in January 2012, Plaintiffs served the summons and complaint on defendant SPECIALIZED LOAN SERVICING L.L.C. ("SLS"), and SLS's response to the Complaint is currently due on February 29, 2012;

WHEREAS in January 2012, Plaintiffs served the summons and complaint on defendant DEUTSCHE BANK AG ("Deutsche Bank"), and Deutsche Bank's response to the Complaint is currently due on March 6, 2012;

WHEREAS on January 19, 2012, Plaintiffs served the summons and complaint on defendant OSEBERG ASSET MANAGEMENT LLC ("Oseberg"), and Oseberg's response to the Complaint is currently due on March 12, 2012;

WHEREAS defendants MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; THE BANK OF NEW YORK MELLON; and WILMINGTON TRUST COMPANY (collectively, "REMAINING DEFENDANTS") have yet to make an appearance in this action;

WHEREAS Dewey, SLS, Deutsche Bank, and Oseberg all have yet to answer or otherwise respond to the Complaint;

WHEREAS on January 20, 2012, the Court ordered the parties to this action to appear at a Case Management Conference on February 17, 2012 at 9:00 a.m.;

WHEREAS Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg believe that the Case Management Conference should be continued until after the REMAINING DEFENDANTS have appeared in the action, after the pleadings are at issue and after the parties have had the opportunity to sufficiently meet and confer in accordance with their obligations under Federal Rules of Civil Procedure 16 and 26(f);

NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby stipulate and agree that the Case Management Conference should be continued for a period of approximately 90 days for the reasons stated above.

**SO STIPULATED.**

Dated: February __, 2012                THE WHITE LAW FIRM

                                        By: /s/ Edward K. White III
                                        Edward K White III
                                        Attorneys for Plaintiffs
                                        COMMUNITY COLLECTORS LLC,
                                        GWENDOLYNN J. TYLER 2006 LIVING
                                        TRUST, and W. DARRYL FRY

Dated: February __, 2012                GAIMS, WEIL, WEST & EPSTEIN LLP


                                        By:_____
                                        Alan Jay Weil
                                        Attorneys for Defendants
                                        DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
                                        DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012                PALMER, LOMBARDI & DONOHUE LLP


                                        By:_____
                                        Brett D. Watson
                                        Attorneys for Defendant
                                        SPECIALIZED LOAN SERVICING L.L.C.

Dated: February __, 2012                MORGAN, LEWIS & BOCKIUS LLP


                                        By:_____
                                        Elizabeth A. Frohlich
                                        Andrew M. Purdy
                                        Attorneys for Defendant
                                        DEUTSCHE BANK AG

NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby stipulate and agree that the Case Management Conference should be continued for a period of approximately 90 days for the reasons stated above.

**SO STIPULATED.**

Dated: February __, 2012              THE WHITE LAW FIRM


By:_____
    Edward K White III
Attorneys for Plaintiffs
COMMUNITY COLLECTORS LLC,
GWENDOLYNN J. TYLER 2006 LIVING
TRUST, and W. DARRYL FRY

Dated: February 9, 2012              GAIMS, WEIL, WEST & EPSTEIN LLP


By:_____
    Alan Jay Weil
Attorneys for Defendants
DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012              PALMER, LOMBARDI & DONOHUE LLP


By:_____
    Brett D. Watson
Attorneys for Defendant
SPECIALIZED LOAN SERVICING L.L.C.

Dated: February __, 2012              MORGAN, LEWIS & BOCKIUS LLP


By:_____
    Elizabeth A. Frohlich
    Andrew M. Purdy
Attorneys for Defendant
DEUTSCHE BANK AG

NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby stipulate and agree that the Case Management Conference should be continued for a period of approximately 90 days for the reasons stated above.

**SO STIPULATED.**

Dated: February __, 2012     THE WHITE LAW FIRM

By: _____
Edward K White III
Attorneys for Plaintiffs
COMMUNITY COLLECTORS LLC,
GWENDOLYNN J. TYLER 2006 LIVING
TRUST, and W. DARRYL FRY

Dated: February __, 2012     GAIMS, WEIL, WEST & EPSTEIN LLP

By: _____
Alan Jay Weil
Attorneys for Defendants
DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012     PALMER, LOMBARDI & DONOHUE LLP

By: _/s/ Brett D. Watson_____
Brett D. Watson
Attorneys for Defendant
SPECIALIZED LOAN SERVICING L.L.C.

Dated: February __, 2012     MORGAN, LEWIS & BOCKIUS LLP

By: _____
Elizabeth A. Frohlich
Andrew M. Purdy
Attorneys for Defendant
DEUTSCHE BANK AG

1 | NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby
2 | stipulate and agree that the Case Management Conference should be continued for a period of
3 | approximately 90 days for the reasons stated above.

4

5 | **SO STIPULATED.**

6

7 | Dated: February __, 2012                THE WHITE LAW FIRM

8

9                                          By:_____
10                                            Edward K White III
                                              Attorneys for Plaintiffs
                                              COMMUNITY COLLECTORS LLC,
11                                            GWENDOLYNN J. TYLER 2006 LIVING
                                              TRUST, and W. DARRYL FRY
12

13 | Dated: February __, 2012               GAIMS, WEIL, WEST & EPSTEIN LLP

14

15                                          By:_____
                                              Alan Jay Weil
16                                            Attorneys for Defendants
                                              DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
17                                            DIANGELO; and ROXANA BARGOZ

18
   | Dated: February __, 2012               PALMER, LOMBARDI & DONOHUE LLP
19

20
                                            By:_____
21                                            Brett D. Watson
                                              Attorneys for Defendant
22                                            SPECIALIZED LOAN SERVICING L.L.C.

23
   | Dated: February 7, 2012                MORGAN, LEWIS & BOCKIUS LLP
24

25
                                            By:_____
26                                            Elizabeth A. Frohlich
                                              Andrew M. Purdy
27                                            Attorneys for Defendant
                                              DEUTSCHE BANK AG
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 10, 2012 | SHUMENER, ODSON & OH LLP |

By: */s/ Henry H. Oh*
    Henry H. Oh
    Attorneys for Defendant
    OSEBERG ASSET MANAGEMENT LLC

**ORDER**

Pursuant to the stipulation, and GOOD CAUSE appearing therefor, the Case Management Conference presently set for February 17, 2012 at 9:00 a.m. is hereby continued to ___May 18_____, 2012 at ___9:00____ a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February __13_, 2012

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*