THE WHITE LAW FIRM
Edward K. White III, Esq., TX21341700
Spear Tower
One Market Street
Suite 3600
San Francisco, CA 94105
Telephone: 415-500-5308
Facsimile:  415-354-3337
edwardwhite@thewhitelawfirm.net

Attorneys for Plaintiffs

**SHUMENER, ODSON & OH LLP**
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
550 S. Hope Street, Suite 1050
Los Angeles, California 90071-2678
Telephone:  213 344-4200
Facsimile:  213 344-4193
E-mail:  hoh@soollp.com

Attorneys for Defendant
Oseberg Asset Management LLC

[additional parties and counsel listed in signature blocks]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, as an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN SERVICING L.L.C.; DEUTSCHE BANK AG; OSEBERG ASSET MANAGEMENT LLC,<br><br>Defendants. | Case No. CV 11-4777 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Old CMC Date:   February 17, 2012<br>Time:                      9:00 a.m.<br>Place:                     Courtroom 5<br><br>Judge:    Hon. Edward M. Chen |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 11-4777 EMC                                                    -1-

**STIPULATION**

WHEREAS in January 2012, plaintiffs COMMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, and W. DARRYL FRY ("Plaintiffs") served the summons and complaint on defendants DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; and ROXANA BARGOZ (collectively, "Dewey"), and Dewey's response to the Complaint is currently due on February 29, 2012;

WHEREAS in January 2012, Plaintiffs served the summons and complaint on defendant SPECIALIZED LOAN SERVICING L.L.C. ("SLS"), and SLS's response to the Complaint is currently due on February 29, 2012;

WHEREAS in January 2012, Plaintiffs served the summons and complaint on defendant DEUTSCHE BANK AG ("Deutsche Bank"), and Deutsche Bank's response to the Complaint is currently due on March 6, 2012;

WHEREAS on January 19, 2012, Plaintiffs served the summons and complaint on defendant OSEBERG ASSET MANAGEMENT LLC ("Oseberg"), and Oseberg's response to the Complaint is currently due on March 12, 2012;

WHEREAS defendants MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; THE BANK OF NEW YORK MELLON; and WILMINGTON TRUST COMPANY (collectively, "REMAINING DEFENDANTS") have yet to make an appearance in this action;

WHEREAS Dewey, SLS, Deutsche Bank, and Oseberg all have yet to answer or otherwise respond to the Complaint;

WHEREAS on January 20, 2012, the Court ordered the parties to this action to appear at a Case Management Conference on February 17, 2012 at 9:00 a.m.;

WHEREAS Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg believe that the Case Management Conference should be continued until after the REMAINING DEFENDANTS have appeared in the action, after the pleadings are at issue and after the parties have had the opportunity to sufficiently meet and confer in accordance with their obligations under Federal Rules of Civil Procedure 16 and 26(f);

NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby stipulate and agree that the Case Management Conference should be continued for a period of approximately 90 days for the reasons stated above.

**SO STIPULATED.**

Dated: February __, 2012         THE WHITE LAW FIRM

By: /s/ Edward K. White
    Edward K White III
Attorneys for Plaintiffs
COMMUNITY COLLECTORS LLC,
GWENDOLYNN J. TYLER 2006 LIVING
TRUST, and W. DARRYL FRY

Dated: February __, 2012         GAIMS, WEIL, WEST & EPSTEIN LLP


By:_____
    Alan Jay Weil
Attorneys for Defendants
DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012         PALMER, LOMBARDI & DONOHUE LLP


By:_____
    Brett D. Watson
Attorneys for Defendant
SPECIALIZED LOAN SERVICING L.L.C.

Dated: February __, 2012         MORGAN, LEWIS & BOCKIUS LLP


By:_____
    Elizabeth A. Frohlich
    Andrew M. Purdy
Attorneys for Defendant
DEUTSCHE BANK AG

NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby stipulate and agree that the Case Management Conference should be continued for a period of approximately 90 days for the reasons stated above.

**SO STIPULATED.**

Dated: February __, 2012        THE WHITE LAW FIRM

By:_____
  Edward K White III
Attorneys for Plaintiffs
COMMUNITY COLLECTORS LLC,
GWENDOLYNN J. TYLER 2006 LIVING
TRUST, and W. DARRYL FRY

Dated: February 9, 2012         GAIMS, WEIL, WEST & EPSTEIN LLP

By:_____
  Alan Jay Weil
Attorneys for Defendants
DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012        PALMER, LOMBARDI & DONOHUE LLP

By:_____
  Brett D. Watson
Attorneys for Defendant
SPECIALIZED LOAN SERVICING L.L.C.

Dated: February __, 2012        MORGAN, LEWIS & BOCKIUS LLP

By:_____
  Elizabeth A. Frohlich
  Andrew M. Purdy
Attorneys for Defendant
DEUTSCHE BANK AG

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 11-4777 EMC                -3-

NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby stipulate and agree that the Case Management Conference should be continued for a period of approximately 90 days for the reasons stated above.

**SO STIPULATED.**

Dated: February __, 2012                    THE WHITE LAW FIRM

By: _____
Edward K White III
Attorneys for Plaintiffs
COMMUNITY COLLECTORS LLC,
GWENDOLYNN J. TYLER 2006 LIVING
TRUST, and W. DARRYL FRY

Dated: February __, 2012                    GAIMS, WEIL, WEST & EPSTEIN LLP

By: _____
Alan Jay Weil
Attorneys for Defendants
DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012                    PALMER, LOMBARDI & DONOHUE LLP

By: /s/ Brett D. Watson
Brett D. Watson
Attorneys for Defendant
SPECIALIZED LOAN SERVICING L.L.C.

Dated: February __, 2012                    MORGAN, LEWIS & BOCKIUS LLP

By: _____
Elizabeth A. Frohlich
Andrew M. Purdy
Attorneys for Defendant
DEUTSCHE BANK AG

1  NOW THEREFORE, Plaintiffs, Dewey, SLS, Deutsche Bank, and Oseberg hereby
2  stipulate and agree that the Case Management Conference should be continued for a period of
3  approximately 90 days for the reasons stated above.

5  **SO STIPULATED.**

7  Dated: February __, 2012                THE WHITE LAW FIRM

9                                          By:_____
                                               Edward K White III
10                                             Attorneys for Plaintiffs
                                               COMMUNITY COLLECTORS LLC,
11                                             GWENDOLYNN J. TYLER 2006 LIVING
                                               TRUST, and W. DARRYL FRY

13  Dated: February __, 2012               GAIMS, WEIL, WEST & EPSTEIN LLP

15                                          By:_____
                                               Alan Jay Weil
16                                             Attorneys for Defendants
                                               DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
17                                             DIANGELO; and ROXANA BARGOZ

19  Dated: February __, 2012               PALMER, LOMBARDI & DONOHUE LLP

21                                          By:_____
                                               Brett D. Watson
22                                             Attorneys for Defendant
                                               SPECIALIZED LOAN SERVICING L.L.C.

24  Dated: February 7, 2012                MORGAN, LEWIS & BOCKIUS LLP

26                                          By:_____
                                               Elizabeth A. Frohlich
27                                             Andrew M. Purdy
                                               Attorneys for Defendant
                                               DEUTSCHE BANK AG

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 11-4777 EMC                    -3-

| | |
|---|---|
| Dated: February 10, 2012 | SHUMENER, ODSON & OH LLP |
| | By: _/s/ Henry H. Oh_____ |
| | Henry H. Oh |
| | Attorneys for Defendant |
| | OSEBERG ASSET MANAGEMENT LLC |

**ORDER**

Pursuant to the stipulation, and GOOD CAUSE appearing therefor, the Case Management Conference presently set for February 17, 2012 at 9:00 a.m. is hereby continued to ____May 18_____, 2012 at ____9:00____ a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February __13_, 2012          _____
                                     Hon. Edward M. Chen
                                     UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 11-4777 EMC                -4-