

FILED
2012 FEB 28
RICHARD W.
CLERK, U.S. DIST
NORTHERN DIST

1 | GAIMS, WEIL, WEST & EPSTEIN, LLP
2 | ALAN JAY WEIL, State Bar No. 63153
    BARRY G. WEST, State Bar No. 63153
3 | STEVEN S. DAVIS, State Bar No. 79019
    1875 Century Park East, 12th Floor
4 | Los Angeles, California 90067
    Telephone: (310) 407-4500
5 | Facsimile: (310) 277-2133

6 | *Attorneys for Defendants Dewey & LeBoeuf LLP,*
    *Christopher DiAngelo and Roxana Bargoz*
7

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| COMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A/ THE WINTER GROUP; DEWEY & LEBEOUF L.L.P.; CHRISTOPHER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN SERVICING L.L.C.; DEUTSCHE BANK AG; OSERBERG ASSET MANAGEMENT LLC,<br><br>Defendants. | Case No. CV 11 4777<br><br>[Assigned to Hon. Edward M. Chen]<br><br>Complaint Filed: December 26, 2011<br><br>**DECLARATION OF STEVEN S. DAVIS IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT [Local Rule 6.1(a), (b)]** |

DECLARATION OF STEVEN S. DAVIS

BY FAX

I, Steven S. Davis, declare:

1. I am an attorney at law licensed to practice before all courts of the State of California. I am a member of Gaims, Weil, West & Epstein, LLP, attorneys of record for defendants Dewey & LeBoeuf L.L.P.; Christopher DiAngelo; and Roxana Bargoz (collectively, "Dewey") in this action. I have personal knowledge of the following facts. If called upon to testify as a witness, I could and would testify competently to these facts under oath.

2. Plaintiffs and defendants Dewey, Specialized Loan Servicing L.L.C. ("SLS"), Deutsche Bank AG ("Deutsche Bank") and Oseberg Asset Management LLC ("Oseberg"), have previously agreed and stipulated that defendants shall respond to the complaint on various dates ranging from February 29, 2012 to March 12, 2012.

3. On February 27, 2012, I requested that plaintiffs' counsel Ted White agree that all appearing defendants may answer or otherwise serve a response to the complaint on the same date, namely March 12, 2012, and he graciously agreed. I so advised counsel for the other defendants who have appeared in this case.

4. Counsel for SLS, Deutsche Bank and Wilmington Trust Company have advised me that they wish to join in a Stipulation that so provides. Accordingly, I prepared such a Stipulation and [Proposed] Order that so provides and which is signed by the interested parties' counsel and attached to this declaration.

1
DECLARATION OF STEVEN S. DAVIS

5. I respectfully request the Court on behalf of my clients Dewey, DiAngelo and Bargoz and the other parties whose counsel have signed the attached Stipulation that the Court approve and enter it as the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on February 27, 2012, at Los Angeles, California.

_____
Steven S. Davis

2
DECLARATION OF STEVEN S. DAVIS

1  GAIMS, WEIL, WEST & EPSTEIN, LLP
   ALAN JAY WEIL, State Bar No. 63153
2  BARRY G. WEST, State Bar No. 55365
   STEVEN S. DAVIS, State Bar No. 79019
3  1875 Century Park East, 12th Floor
4  Los Angeles, California 90067
   Telephone: (310) 407-4500
5  Facsimile: (310) 277-2133

6  *Attorneys for Defendants Dewey & LeBoeuf LLP,
   Christopher DiAngelo and Roxana Bargoz*
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A/ THE WINTER GROUP; DEWEY & LEBEOUF L.L.P.; CHRISTOPHER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN SERVICING L.L.C.; DEUTSCHE BANK AG; OSERBERG ASSET MANAGEMENT LLC,<br><br>Defendants. | Case No. CV 11 4777<br><br>[Assigned to Hon. Edward M. Chen]<br><br>Complaint Filed: December 26, 2011<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT [Local Rule 6.1(a), (b)]**<br><br>**Case Management Conference: May 18, 2012** |

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

1     WHEREAS on January 16, 2012, plaintiffs COMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, and W. DARRYL FRY ("Plaintiffs") served the summons and complaint on defendants DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; and ROXANA BARGOZ (collectively, "Dewey"), and Dewey's response to the Complaint is currently due on February 29, 2012;

    WHEREAS on January 18, 2012, Plaintiffs served the summons and complaint on defendant SPECIALIZED LOAN SERVICING L.L.C. ("SLS"), and SLS's response to the Complaint is currently due on February 29, 2012;

    WHEREAS on January 18, 2012, Plaintiffs served the summons and complaint on defendant DEUTSCHE BANK AG ("Deutsche Bank"), and Deutsche Bank's response to the Complaint is currently due on March 6, 2012;

    WHEREAS on January 19, 2012, Plaintiffs served the summons and complaint on defendant OSEBERG ASSET MANAGEMENT LLC ("Oseberg"), and Oseberg's response to the Complaint is currently due on March 12, 2012;

    WHEREAS Dewey, SLS, Deutsche Bank, and Oseberg all have yet to answer or otherwise respond to the Complaint;

    WHEREAS on February 13, 2012, plaintiffs and defendants filed and the Court entered a joint stipulation and Order continuing the Case Management Conference in this case from February 17, 2012 to May 18, 2012 that so recites the foregoing;

    WHEREAS plaintiffs and defendants Dewey, SLS, Deutsche Bank and Wilmington Trust Company ("Wilmington") ("the Stipulating Parties") believe it will promote efficiency and convenience for the Court and all parties to have all of the foregoing defendants' responses to the complaint due on the same date; and

    WHEREAS the Stipulating Parties have entered into this Stipulation, subject to the Court's approval, to so provide.

    NOW, THEREFORE, plaintiffs and defendants Dewey, SLS, Deutsche Bank and Wilmington, through their respective counsel of record, stipulate and agree as follows:

---

1
**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendants Dewey & LeBoeuf LLP, Christopher DiAngelo, Roxana Bargoz, Specialized Loan Servicing L.L.C., Deutsche Bank AG and Wilmington Trust Company shall have to and including March 12, 2012, to answer or make any motion in response to the Complaint.

SO STIPULATED.

Dated: February __, 2012         THE WHITE LAW FIRM

By:_____
Edward K White III
Attorneys for Plaintiffs
COMMUNITY COLLECTORS LLC,
GWENDOLYNN J. TYLER 2006 LIVING
TRUST, and W. DARRYL FRY

Dated: February 27, 2012         GAIMS, WEIL, WEST & EPSTEIN, LLP

By:_____
Barry G. West
Attorneys for Defendants
DEWEY & LEBOEUF L.L.P.; CHRISTOPHER
DIANGELO; and ROXANA BARGOZ

Dated: February __, 2012         PALMER, LOMBARDI & DONOHUE LLP

By:_____
Brett D. Watson
Attorneys for Defendant
SPECIALIZED LOAN SERVICING L.L.C. and
WILMINGTON TRUST COMPANY

2
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendants Dewey & LeBoeuf LLP, Christopher DiAngelo, Roxana Bargoz, Specialized Loan Servicing L.L.C., Deutsche Bank AG and Wilmington Trust Company shall have to and including March 12, 2012, to answer or make any motion in response to the Complaint.

SO STIPULATED.

| Dated: February 28, 2012 | MILLER & WRUBEL P.C.<br><br>BY: _____<br>Charles R. Jacob III<br>Claire L. Huene<br>Attorneys For Defendants<br>SPECIALIZED LOAN SERVICING LLC<br>(*admitted pro hac*) and WILMINGTON TRUST COMPANY (*pro hac pending*) |
|---|---|
| Dated: February 28, 2012 | PALMER, LOMBARDI & DONOHUE LLP<br><br>BY: _____<br>Brett D. Watson<br>Attorneys For Defendants<br>SPECIALIZED LOAN SERVICING LLC and WILMINGTON TRUST COMPANY |
| Dated: February 28, 2012 | THE WHITE LAW FIRM<br><br>By: _____<br>Edward K White III<br>Attorneys for Plaintiffs<br>COMMUNITY COLLECTORS LLC,<br>GWENDOLYNN J. TYLER 2006 LIVING TRUST, and W. DARRYL FRY |

2
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Dated: February 27, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Elizabeth A. Frohlich
Andrew M. Purdy
Attorneys for Defendant
DEUTSCHE BANK AG

## ORDER

Pursuant to the stipulation, and GOOD CAUSE appearing therefor, the time for defendants Dewey, DiAngelo, Bargoz, SLS, Wilmington and Deutsche Bank to answer or make any motion in response to the Complaint is hereby continued to March 12, 2012.

IT IS SO ORDERED.

March 1, 2012

Dated: ~~February~~ , 2012

_____
Hon.
UNITED

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---
3
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT