| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ELIZABETH A. FROHLICH (SBN 195454) |
| 2 | efrohlich@morganlewis.com |
| | ANDREW M. PURDY (SBN 261912) |
| 3 | apurdy@morganlewis.com |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |

Attorneys for Defendants
DEUTSCHE BANK AG and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE TERWIN MICRO ASSET-BACKED SECURITIES, SERIES 2007-COMUNITY 1 (incorrectly sued herein as "DEUTSCHE BANK AG, D/B/A DEUTSCHE TRUST COMPANY AMERICAS, A/K/A DEUTSCHE NATIONAL TRUST COMPANY")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMUNITY COLLECTORS, LLC, GWENDOLYN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, as an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN SERVICING L.L.C.; DEUTSCHE BANK AG; OSEBERG ASSET MANAGEMENT LLC,<br><br>    Defendants. | Case No. CV 11-04777 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS DEUTSCHE BANK AG AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE TERWIN MICRO ASSET-BACKED SECURITIES, SERIES 2007-COMUNITY 1**<br><br>**[FED. R. CIV. P. 7.1, CIV. L.R. 3-16]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEUTSCHE BANK AG'S AND
DEUTSCHE BANK NATIONAL TRUST COMPANY'S
CERTIFICATION OF INTERESTED PARTIES
CASE NO. CV 11-04777 EMC

DB2/ 23022085.2

undersigned counsel of record for Defendants Deutsche Bank AG and Deutsche Bank National Trust Company, as Trustee of the Terwin Micro Asset-Backed Securities, Series 2007-ComUnity 1 ("DBNTC, as Trustee") (incorrectly sued as "Deutsche Bank AG, d/b/a Deutsche Trust Company Americas, a/k/a Deutsche National Trust Company"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Deutsche Bank National Trust Company (f/k/a Bankers Trust Company of California, N.A.) is a wholly-owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly-owned subsidiary of Taunus Corporation, which is a wholly-owned subsidiary of Deutsche Bank AG, a publicly-held corporation.

    2.    No publicly-held company owns 10% or more of Deutsche Bank AG's stock.

Dated: March 12, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Elizabeth A. Frohlich*
    Elizabeth A. Frohlich
    Andrew M. Purdy

Attorneys for Defendants
DEUTSCHE BANK AG and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE TERWIN MICRO ASSET-BACKED SECURITIES, SERIES 2007-COMUNITY 1 (incorrectly sued herein as DEUTSCHE BANK AG, "D/B/A DEUTSCHE TRUST COMPANY AMERICAS, A/K/A DEUTSCHE NATIONAL TRUST COMPANY")

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23022085.2

2

DEUTSCHE BANK AG'S AND
DEUTSCHE BANK NATIONAL TRUST
COMPANY'S CERTIFICATION OF
INTERESTED PARTIES
CASE NO. CV 11-04777 EMC