**THE WHITE LAW FIRM**
Edward K. White III, Esq. (TX 21341700)
One Market Street
Spear Tower
Suite 3600
San Francisco, California 94105
Telephone: 415 500-5308
Facsimile: 415 354-3337
Email: edwardwhite@thewhitelawfirm.net

Attorneys for Plaintiffs

**SHUMENER, ODSON & OH LLP**
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
550 S. Hope Street, Suite 1050
Los Angeles, California 90071-2678
Telephone: 213 344-4200
Facsimile: 213 344-4193

Attorneys for Defendant
Oseberg Asset Management LLC

[additional parties and counsel listed in signature blocks]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMUNITY COLLECTORS LLC, GWENDOLYNN J. TYLER 2006 LIVING TRUST, W. DARRYL FRY, as an individual, Plaintiffs, vs. MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; TERWIN ADVISORS L.L.C. D/B/A THE WINTER GROUP; DEWEY & LEBOEUF L.L.P.; CHRISTOPHER DIANGELO; ROXANA BARGOZ; THE BANK OF NEW YORK MELLON; WILMINGTON TRUST COMPANY; SPECIALIZED LOAN | Case No.: 3:11-CV-04777 EMC<br><br>[PROPOSED] ORDER CONTINUING THE HEARING ON MOTIONS TO DISMISS<br><br>Old Hearing Date: April 20, 2012<br>Time:            1:30 p.m.<br>Place:            Courtroom 5<br><br>Judge:   Hon. Edward M. Chen |

1 | SERVICING L.L.C.; DEUTSCHE BANK AG;
2 | OSEBERG ASSET MANAGEMENT LLC,
3 |
4 |         Defendants.
5 |
6 | _____

    Pursuant to the stipulation, and GOOD CAUSE appearing therefor, the hearing on defendants' motions to dismiss and objections to jurisdiction presently set for April 20, 2012 at 1:30 p.m. is hereby continued to May 18, 2012 at 1:30 p.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs shall file responses on or before April 16, 2012 and defendants' replies shall be due on or before April 30, 2012.

    The Case Management Conference currently set for May 18, 2012 at 9 a.m. is hereby continued to ____July 20_____, 2012 at ___9:00___ a.m.

**IT IS SO ORDERED.**

April 2, 2012
Dated: ~~March~~ ____, ~~2012~~



Hon. Ed~~ward M. Chen~~
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER EXTENDING HEARING ON MOTIONS TO DISMISS
Case No. CV 11-4777 EMC                    - 2 -