**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMUNITY COLLECTORS LLC, *et al.*, | No. C-11-4777 EMC |
| Plaintiffs, | |
| v. | **RELATED TO** |
| MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., *et al.*, | No. C-12-0771 EMC |
| Defendants. / | **ORDER TO SHOW CAUSE** |
| COMUNITY COLLECTORS LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| THE BANK OF NEW YORK, *et al.*, | |
| Defendants. / | |

    Edward White, counsel for Plaintiffs, is hereby ordered to show cause why he should be allowed to represent Plaintiffs in this matter in this Court. Court records do not indicate he has been admitted pro hac vice in this matter nor is there a record of his membership in the California bar. Mr. White shall be required to make this showing at the outset of the May 25, 2012 hearing on the pending motions.

    IT IS SO ORDERED.

Dated: May 23, 2012

_____
EDWARD M. CHEN
United States District Judge