**United States District Court**

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8    COMUNITY COLLECTORS LLC, *et al.*,          No. C-11-4777 EMC
9                    Plaintiffs,
10          v.                                    **RELATED TO**
11   MORTGAGE ELECTRONIC                          No. C-12-0771 EMC
     REGISTRATION SERVICES, INC., *et al.*,
12
                     Defendants.
13   _____/     **ORDER**
14   COMUNITY COLLECTORS LLC, *et al.*,
15                    Plaintiffs,
16          v.
17   THE BANK OF NEW YORK, *et al.*,
18                    Defendants.
19   _____/
20          The Court is in receipt of Defendant Dewey's Notice of Commencement of Chapter 11 Case and
21   Stay of Actions Pursuant to Section 362 of the Bankruptcy Code.  Docket No. 103.
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

The parties are directed to file briefs of no later than 7 pleading pages in length as to whether the automatic stay prevents the Court from ruling on Defendants' pending motions to dismiss.  Said briefs shall be filed no later than **Tuesday, July 17, 2012.**

IT IS SO ORDERED.

Dated:  July 12, 2012

_____
EDWARD M. CHEN
United States District Judge