UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMUNITY COLLECTORS LLC, *et al.*, | No. C-11-4777 EMC |
| Plaintiffs, | |
| v. | **RELATED TO** |
| MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., *et al.*, | No. C-12-0771 EMC |
| Defendants. | |
| _____/ | **ORDER** |
| COMUNITY COLLECTORS LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| THE BANK OF NEW YORK, *et al.*, | |
| Defendants. | |
| _____/ | |

The Court is in receipt of Defendant Dewey's Notice of Commencement of Chapter 11 Case and Stay of Actions Pursuant to Section 362 of the Bankruptcy Code. Docket No. 103.

///
///
///
///
///
///
///

1     The parties are directed to file briefs of no later than 7 pleading pages in length as to whether
2 the automatic stay prevents the Court from ruling on Defendants' pending motions to dismiss. Said
3 briefs shall be filed no later than **Tuesday, July 17, 2012.**

5     IT IS SO ORDERED.

7 Dated: July 12, 2012

                                                      EDWARD M. CHEN
                                                    United States District Judge